# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO GRANADOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. JUSTICE,<br><br>　　　　Defendant. | Case No. 1:17-cv-00450-DAD-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AND REQUIRING PLAINTIFF TO FILE HIS SCHEDULING CONFERENCE STATEMENT<br><br>ORDER FOR CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF THE COURT'S ORDER AT ECF NO. 13 |

　　　　Arnulfo Granados ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court set an Initial Scheduling Conference on November 6, 2017. (ECF No. 13). Counsel Robert Rogoyski telephonically appeared on behalf of Defendant. Plaintiff failed to appear. Plaintiff also failed to file the required scheduling conference statement (see ECF No. 13, p. 3).

　　　　The Court has rescheduled the Scheduling Conference for November 20, 2017 at 10:00 am. Counsel for defendant is ordered to contact Plaintiff's facility to arrange his participation in this conference.

　　　　Additionally, the Court orders Plaintiff to (1) explain why he did not participate in the scheduling conference as ordered; (2) file a scheduling conference statement as previously ordered.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. Plaintiff is ordered to show cause why sanctions should not issue for his failure to attend the Court conference. In response, Plaintiff shall file, by November

1

13, 2017, a document with the explaining why he did not attend the scheduling conference;

2. Plaintiff has until November 13, 2017, to file his scheduling conference statement; and

3. The Clerk's Office is ordered to send Plaintiff a copy of the Court's July 18, 2017 order, which includes instructions on filing a scheduling conference statement. (ECF No. 13).

IT IS SO ORDERED.

Dated: **November 6, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE